IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00467-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    SALVADOR VERA-FIGUEROA, a/k/a Salvador Figuero-Mendoza, a/k/a "Gordo,"
2.    JESUS VERA-FIGUEROA, a/k/a Jesus Figueroa-Mendoza,a/k/a Ruben Flores-Hernandez, a/k/a Antonio Florez-Perez, a/k/a "Chuy,"
3.    JOSE MANUEL VERA-TOPETE, a/k/a "Chepo,"
5.    SALVADOR DOMINGUEZ-PARADA, a/k/a "Prieto,"
6.    JOSE CORDOVA-VASQUEZ,
7.    HERMES ARZAPALO,
8.    CARLOS ARZAPALO,
9.    JOSHUA RODRIGUEZ,
10.   GWENDOLYN BALDWIN, a/k/a "Ace," and
11.   ALBERTO VIVIAN-TELLECHEA, a/k/a "Tubecho,"

       Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to the Attorneys for the Defendants pursuant to Rule 6(e)(3)(C)(i) of the Federal Rules of Criminal Procedure, it is,

ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials with regard to the Superseding Indictment be disclosed to the attorneys for the defendants for preparation for trial.

FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendants.

DATED this   21st   day of February, 2006, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO