**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 05-cr-00467-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     SALVADOR VERA-FIGUEROA
2.     JESUS VERA-FIGUEROA
3.     JOSE MANUEL VERA-TOPETE
5.     SALVADOR DOMINGUEZ-PARADA
6.     JOSE CORDOVA-VASQUEZ
7.     HERMES ARZAPALO
8.     CARLOS ARZAPALO
9.     JOSHUA RODRIGUEZ
10.   GWENDOLYN BALDWIN
11.   ALBERTO VIVIAN-TELLECHEA,

      Defendants

_____

**Order**
_____

Defendants were indicted on multiple counts of drug distribution, attempt and conspiracy, aiding and abetting and use of a communication facility as part of a scheme to distribute controlled substances. The Grand Jury issued its indictment October 20, 2005 and a Superseding indictment was issued December 19, 2005. The defendants filed numerous motions on discovery, suppression and other issues. An oral hearing was held March 2, 2006 to address the discovery motions and to schedule suppression and other motions. These motions were resolved as described below.

### I. DISCOVERY MOTIONS

Defendants filed 27 motions for discovery, some of which were joined by individual defendants. Plaintiff United States ("Government") has responded to each of these motions. The disposition of each motion is listed below, in the order of the Docket Number, indicating the individual defendant who filed the motion and any defendants who joined the motion.

Docket # 130, motion for discovery of impeaching information on witnesses and exculpatory information on defendants, filed by Jesus Vera-Figueroa, is GRANTED.

Docket # 133, motion to preserve government notes, filed by Jesus Vera-Figueroa, is GRANTED.

Docket # 137, motion for discovery of evidence the Government intends to use under Fed. R. Evid. 807, filed by Salvador Dominguez-Parada, is GRANTED.

Docket # 138, motion for early disclosure of *Jencks* material, filed by Salvador Dominguez-Parada and joined by Joshua Rodriguez, is GRANTED.

Docket # 139, motion for disclosure of *Brady* material, filed by Salvador Dominguez-Parada, is GRANTED.

Docket # 140, motion for notice of intent to call expert witnesses and discovery of expert witnesses, filed by Salvador Dominguez-Parada, is GRANTED.

Docket # 141, motion to preserve tapes and notes, filed by Salvador Dominguez-Parada, is GRANTED.

Docket # 142, motion for disclosure of promises of immunity, lenience or preferential treatment, filed by Salvador Dominguez-Parada and joined by Joshua Rodriguez, is GRANTED.

Docket # 163, motion for disclosure of Fed. R. Evid. 404(b) evidence, filed by Joshua Rodriguez, is GRANTED.

Docket # 164, motion for disclosure of Fed. R. Evid. 404(b) evidence, filed by Alberto Vivian-Tellechea and joined by Jesus Vera-Figueroa, is GRANTED.

Docket # 165, motion for disclosure of Fed. R. Evid. 807 evidence, filed by Alberto Vivian-Tellechea and joined by Jesus Vera-Figueroa, is GRANTED.

Docket # 166, motion for disclosure of promises of immunity, leniency or preferential treatment, filed Albert Vivian-Tellechea and joined by Gwendolyn Baldwin, Joshua Rodriguez and Jesus Vera-Figueroa is GRANTED.

Docket # 167, motion for discovery of experts, filed by Alberto Vivian-Tellechea and joined by Jesus Vera-Figueroa, is GRANTED.

Docket # 168, motion for early disclosure of *Jencks* material, filed by Alberto Vivian-Tellechea and joined by Gwendolyn Baldwin, Joshua Rodriguez, Jesus Vera-Figueroa and Jose Manuel Vera-Topete is GRANTED.

Docket # 169, motion for disclosure of tapes and notes, by Alberto Vivian-Tellechea, is GRANTED.

Docket # 179, motion for disclosure of Fed. R. Evid. 404(b) evidence, filed by Carlos Arzapalo, Gwendolyn Baldwin and Jose Manuel Vera-Topete, is GRANTED.

Docket # 180, motion for disclosure of *Brady* materials, *filed* by Carlos Arzapalo and joined by Gwendolyn Baldwin and Jose Manuel Vera-Topete, is GRANTED.

Docket # 181, motion for disclosure of promises of immunity, leniency or preferential treatment, filed by Carlos Arzapalo and joined by Joshua Rodriguez and Jose Manuel Vera-Topete, is GRANTED.

Docket # 182, motion to disclose substance of proffers of cooperating government witnesses, filed by Carlos Arzapalo and joined by Gwendolyn Baldwin, Jesus Vera-Figueroa, and Jose Manuel Vera-Topete, is GRANTED.

Docket # 183, motion for discovery pertaining to intercepted communications, filed by Carols Arzapalo and joined by Gwendolyn Baldwin, Jesus Vera-Figueroa and Jose Manuel Vera-Topete is GRANTED as to the information requested under items I through VI enumerated in this motion, and for item VII(a) and (b) the Government is not required to disclose the phone numbers and addresses requested.

Docket # 184, motion for notice of intent to call expert witnesses and discovery related to expert witnesses, filed by Carlos Arzapalo and joined by Gwendolyn Baldwin and Jose Manuel Vera-Topete, is GRANTED.

Docket # 185, motion for disclosure of Fed. R. Crim. P. 12(b)4) evidence, filed by Carlos Arzapalo and joined by Jose Manuel Vera-Topete is GRANTED.

Docket # 186, motion for disclosure of intent to use evidence under Fed. R. Evid. 807, filed by Carlos Arzapalo and joined by Gwendolyn Baldwin and Jose Manuel Vera-Topete is GRANTED.

Docket # 187, motion to preserve tapes and notes, filed by Carlos Arzapalo and joined by Gwendolyn Baldwin and Jose Manuel Vera-Topete is GRANTED.

Docket # 205, motion for notice of intent to use evidence pursuant to Fed. R. Crim. P. 12(b)(4)(B), filed by Jose Cordova-Vasquez, is GRANTED.

Docket # 216, motion for additional discovery, filed by Jose Manuel Vera-Topete, is GRANTED.

Docket # 242, motion for additional discovery, filed by Salvador Dominguez-Parada, is GRANTED.

## II.  DEADLINES FOR DISCLOSURES

The following deadlines for disclosure are established:

1. The Government shall provide all evidence pursuant to Fed. R. Evid. 404(b), all disclosures pursuant to Fed. R. Evid. 807 and all expert reports and curricula vitae no later than 45 days before trial.

2. The Government shall disclose all *Jencks* material as the Government becomes aware that such material exists, and no later than 45 days before trial.

3. The Government shall disclose all promises, proffers, offers of leniency and information under Fed. R. Cri. P. 12(b)(4) as the Government becomes aware of them.

## III.  SUPPRESSION MOTIONS

The Government shall file specific responses to defendants' suppression motions no later than March 31, 2006. Oral hearings on suppression motions will take place as follows:

Docket # 161, filed by Joshua Rodriguez, Wednesday May 17, 2006 at 9:00am.

Docket # 170, filed by Alberto Vivian-Tellechea, Thursday May 18, 2006 at 9:00am.

Docket # 177, filed by Salvador Dominguez-Parada, Tuesday May 16, 2006 at 9:00am.

Docket # 188, filed by Carlos Arzapalo, Tuesday May 16, 2006 at 2:00pm.

Docket # 203 and Docket # 204, filed by Jose Cordova-Vasquez, Wednesday May 24, 2006 at 9:00am.

Docket # 217, filed by Jose Manuel Vera-Topete, Monday May 15, 2006 at 2:00pm.

Docket # 228, filed by Jesus Vera-Figueroa, Monday May 15, 2006 at 9:00am.

## IV.  JAMES PROFFER

The Government provided its *James* proffer on January 31, 2006. Several defendants have filed objections to the Government's *James* proffer. The Government shall reply to these objections on or before April 28, 2006.

## V. OTHER MATTERS

Defendant Jose Manuel Vera-Topete has filed two motions to dismiss counts based on multiplicity, Docket # 211 and 214. This motion will be resolved by briefs without oral argument. The Government shall file responses to these motions on or before March 31, 2006. Defendants will reply to the Government response on or before April 14, 2006.

Defendant Jose Cordova-Vasquez moves (Docket # 244) to join defendant Jose Manuel Vera-Topete's motion to dismiss count one for duplicity. (Docket # 214). This motion is GRANTED.

Defendant Jose Manuel Vera-Topete has filed a motion to designate pertinent calls for translation and transcription, Docket # 232. This motion is GRANTED.

Defendant Jose Cordova-Vasquez moves for an extension of time until Friday March 24, 2006 to designate pertinent recorded phone calls for translation and transcription (Docket # 243.) This motion is GRANTED.

**DONE and ORDERED,** this   2nd   day of March, 20065 at Denver, Colorado.

    s/Lewis T. Babcock
    United States District Chief Judge